# United States Court of Appeals for the Federal Circuit

### E R R A T U M

February 7, 2007

Appeal No. 2006-1289

<u>Medtronic Navigation, Inc., (formerly known as Surgical Navigation Technologies, Inc.), et al. v. Brainlab Medizinische Computersysteme GMBH, et al.</u>

Nonprecedential Opinion

Decided:  February 5, 2007

On Page 10, line 23, replace "noninfringement" with "infringement"